# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133074

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL STRINGER,
      Defendant-Appellant.

SC: 133074
COA: 275144
Wayne CC: 96-001110-01

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

On order of the Court, the application for leave to appeal the January 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

p0618